IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ESAU TUBERVILLE, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 5:10-cv-163 (HL) |
| YKK (USA), Inc., et al., | : |
| Defendants. | : |

## ORDER

Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the Court vacates the judgment (Doc. 4) entered on April 28, 2010, and amends its order (Doc. 3) also entered on April 28, 2010.

The Court amends its April 28, 2010 order to state that Plaintiff has until June 4, 2010 to file an amended complaint which (1) shows he exhausted his administrative remedies prior to bringing suit under the ADEA and Title VII; and (2) contains sufficient factual allegations to support his 42 U.S.C. § 1985 claims.

**SO ORDERED**, this the 27th day of May, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc